# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASSAN ALI,<br><br>    Petitioner,<br><br>    v.<br><br>IAN CONNORS, et al.,<br><br>    Respondents. | Case No. 1:21-cv-01325-SAB-HC<br><br>ORDER GRANTING PETITIONER'S MOTION FOR REFUND IN PART AND DIRECTING CLERK OF COURT TO REFUND OVERPAYMENT IN FILING FEE<br><br>(ECF No. 20) |

    Petitioner commenced the instant action by filing a civil rights complaint on September 2, 2021. (ECF No. 1.) On September 3, 2021, the Court granted Petitioner in forma pauperis status and ordered that payments from Petitioner's prison trust account be collected until the $350 filing fee is paid. (ECF No. 4.) On October 12, 2021, the civil complaint was converted to a habeas corpus petition, and the Court vacated its September 3, 2021 order directing payment of the $350 filing fee. (ECF No. 9.) On April 7, 2022, the habeas petition was transferred to the Western District of Virginia. (ECF No. 19.)

    On June 20, 2023, the Court received the instant motion for refund of filing fee wherein Petitioner requests a refund of the entirety of the pro-rated amount of the filing fee that was deducted from his prison trust account. (ECF No. 20.) The filing fee for a habeas petition is $5.00. Accordingly, the Court will order that any payment received from Petitioner's prison trust account in excess of the $5.00 habeas petition filing fee be refunded to Petitioner.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Petitioner's motion for refund (ECF No. 20) is GRANTED IN PART; and
2. The Clerk of Court is DIRECTED to refund the overpayment received from Petitioner's prison trust account in excess of the $5.00 habeas petition filing fee.

IT IS SO ORDERED.

Dated:     **June 27, 2023**

UNITED STATES MAGISTRATE JUDGE