# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASSAN ALI,<br><br>Petitioner,<br><br>v.<br><br>IAN CONNORS, et al.,<br><br>Respondents. | Case No. 1:21-cv-01325-SAB-HC<br><br>ORDER GRANTING PETITIONER'S SECOND MOTION FOR REFUND AND DIRECTING CLERK OF COURT TO REFUND FILING FEE AND SERVE COPY OF ORDER ON FINANCIAL DEPARTMENT<br><br>(ECF No. 22) |

Petitioner commenced the instant action by filing a civil rights complaint on September 2, 2021. (ECF No. 1.) On September 3, 2021, the Court granted Petitioner in forma pauperis status and ordered that payments from Petitioner's prison trust account be collected until the $350 filing fee is paid. (ECF No. 4.) On October 12, 2021, the civil complaint was converted to a habeas corpus petition, and the Court vacated its September 3, 2021 order directing payment of the $350 filing fee. (ECF No. 9.) On April 7, 2022, the habeas petition was transferred to the Western District of Virginia. (ECF No. 19.)

On June 20, 2023, Petitioner filed a motion for refund of filing fee wherein Petitioner requested a refund of the entirety of the pro-rated amount of the filing fee that was deducted from his prison trust account. (ECF No. 20.) The Court granted Petitioner's motion in part, ordering that "any payment received from Petitioner's prison trust account in excess of the $5.00 habeas petition filing fee be refunded to Petitioner." (ECF No. 21.)

1

On July 25, 2023, Petitioner filed in the instant motion for refund. (ECF No. 22.) Therein, Petitioner informs the Court that the $5.00 habeas petition filing fee was collected by the United States District Court for the Western District of Virginia and requests a full refund.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Petitioner's motion for refund (ECF No. 22) is GRANTED;
2. The Clerk of Court is DIRECTED to refund the full filing fee received from Petitioner's prison trust account in connection with the instant action; and
3. The Clerk of Court is DIRECTED to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California, Sacramento Division.

IT IS SO ORDERED.

Dated: **July 26, 2023**

UNITED STATES MAGISTRATE JUDGE

2